Fill in this information to identify the case:

Debtor name **Richard D. Van Lunen Charitable Foundation**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **17-14499**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bright Promise Fund 1550 S. State St. Suite 105 Chicago, IL 60605** | | **Grant/Promissory Note** | | | | **$167,500.00** |
| **James Achterhof 13 Commons Dr. Palos Park, IL 60464** | | **Benefits** | | | | **$210,921.00** |
| **James Achterhof 13 Commons Dr. Palos Park, IL 60464** | | **Trustee Fees** | | | | **$1,182,000.00** |
| **Monty Titling Trust 1 c/o Capital Crossing Servicing Company 99 High Street Boston, MA 02110** | | **Note Guarantee** | **Disputed** | | | **$6,000,000.00** |
| **Rayburn Cooper & Durham PA 277 W. Trade St. Charlotte, NC 28202-1675** | | | | | | **$0.00** |
| **Rumrell, McLeod & Brock P.O. Box 3865 Saint Augustine, FL 32085-3865** | | | | | | **$0.00** |
| **Timothy Christian Schools 188 W. Butterfield Rd. Elmhurst, IL 60126** | | **Grant/Promissory Note** | | | | **$300,000.00** |
| **Trinity Christian College 6601 West College Dr. Palos Heights, IL 60463** | | **Grant/Promissory Note** | | | | **$600,000.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Richard D. Van Lunen Charitable Foundation**
Name

Case number *(if known)* **17-14499**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UHY Advisors Mid Atlantic 8601 Robert Fulton Dr. Suite 210 Ashburn, VA 20146** | | **Loan** | | | | **$46,700.00** |
| **Zuni Christian School 19C Pia Mesa Rd. Zuni, NM 87327** | | **Grant/Promissory Note** | | | | **$500,000.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy